## EL PUEBLO *v.* PADILLA.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 103.—Resuelto en noviembre 4, 1907.

APELACIÓN — PLIEGO DE EXCEPCIONES — RELACIÓN DE HECHOS — ERRORES MANIFIESTOS.—No habiendo pliego de excepciones ni relación de hechos, y no apareciendo de los autos que se haya cometido error alguno que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. FIGUERAS, emitió la opinión del tribunal.

Este es un caso originado en la corte municipal de San Germán y de ésta pasó en grado de apelación á la Corte de Distrito de Mayagüez en donde, después de nuevamente juzgado el acusado Felipe Padilla, se le condenó en 1º. de febrero de 1907, por un delito contra el derecho electoral, á la pena de cincuenta dollars de multa ó en su defecto á un mes de cárcel y costas.

Contra este fallo también apeló.

Pero no hay pliego de excepciones, ni exposición de hechos, ni siquiera ha comparecido el apelante ante esta Corte Suprema y por tales razones tal parece que su único propósito, al interponer este nuevo recurso, ha sido retardar el cumplimiento de la sentencia condenatoria dictada por la corte de Mayagüez.

Se ha cumplido en el señalamiento de la pena con el artículo 322 del Código de Enjuiciamiento Criminal y como no consta en el récord que se haya cometido algún error fundamental, la sentencia apelada debe confirmarse con las costas al apelante.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, MacLeary y Wolf.